

NUMBER 13-08-00706-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHN DOE,                                                                                    Appellant,

v.

HEARING BEFORE THE DISTRICT
11A-1 GRIEVANCE COMMITTEE,                                              Appellee.

On appeal from the 28th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

Appellant, John Doe, perfected an appeal from a judgment entered by the 28th District Court of Nueces County, Texas, in cause number 08-5579-A. Appellant has filed a motion to dismiss the appeal on grounds that appellant no longer wishes to pursue the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 19th day of February, 2009.